UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAY SALAZAR,            § | | |
|    TDCJ #1226905,     § | | |
|      Petitioner,       § | | |
| VS.                              § | | CIVIL ACTION NO. C-10-74 |
|                                  § | | |
| RICK THALER,            § | | |
|      Respondent.      § | | |

## MEMORANDUM AND RECOMMENDATION

Petitioner, an inmate at TDCJ-CID's McConnell Unit in Beeville, Texas, filed this *pro se* petition pursuant to 28 U.S.C. § 2254, challenging disciplinary action taken against him. Pending is petitioner's application for leave to proceed *in forma pauperis* (D.E. 3, 7).

Petitioner's *in forma pauperis* data sheet reflects that as of March 16, 2010, petitioner had $50.50 in his inmate trust account. The filing fee for filing a habeas corpus petition is $5.00. Petitioner can afford to pay the fee.

## RECOMMENDATION

It is respectfully recommended that petitioner's application for leave to proceed *in forma pauperis* (D.E. 3, 7) be denied without prejudice and that petitioner be ordered to pay the filing fee within twenty days.

ORDERED this 22nd day of March, 2010.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(C); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error*, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).