UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAY SALAZAR, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-10-74 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On March 22, 2010, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that petitioner's application for leave to proceed *in forma pauperis* (D.E. 3, 7) be denied without prejudice and that petitioner be ordered to pay the filing fee within twenty days. On March 31, 2010, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that petitioner's application for leave to proceed *in forma pauperis* is denied. It is further ORDERED that petitioner pay the $5.00 filing fee within twenty days of the date of this order.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 1st day of April, 2010.

                                                    Janis Graham Jack
                                                    United States District Judge